**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONDA SHELTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS,<br><br>    Defendants. | Case No. 2:22-CV-01002-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, ET SEQ.**<br><br>**[FIRST REQUEST]** |

Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Ronda Shelton ("Plaintiff"), by and through her attorneys, Kreiger Law Group, LLC, stipulate and agree as follows:

1. Plaintiff filed her Complaint for Damages under FCRA, 15 U.S.C. § 1681 on June 24, 2022, [ECF 1], (the "Complaint").

2. Plaintiff served Cox on June 30, 2022.

3. Cox's deadline to respond, move or otherwise pleads to the Complaint is July 21, 2022.



4.  Plaintiff and Defendant have agreed that Cox shall have up to an including August 22, 2022, to respond, move or otherwise pleads to the Complaint.

5.  The request for an extension is so that Cox can review its records pertaining to the allegations in the Complaint.

6.  This is the first stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: July 6th, 2022.               Dated: July 6th, 2022.

**KREIGER LAW GROUP LLC**          **DICKINSON WRIGHT PLLC**

/s/: Shawn Miller                  /s/: Michael N. Feder
DAVID KREIGER, ESQ.                MICHAEL N. FEDER
Nevada Bar No. 9086                Nevada Bar No. 7332
SHAWN MILLER, ESQ.                 GABRIEL A. BLUMBERG
Nevada Bar No. 7825                Nevada Bar No. 12332
5502 S. Fort Apache, Suite 200     3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV  89148               Las Vegas, Nevada 89169
Tel: (702) 848-3855                Tel: (702) 550-4400
Email: dkreiger@kriegerlawgroup.com   Fax: (844) 670-6009
Email: smiller@kriegerlawgroup.com  Email: mfeder@dickinson-wright.com
                                   Email: gblumberg@dickinson-wright.com

*Attorneys for Plaintiff Ronda Shelton*

*Attorneys for Defendant*
*Cox Communications*

## ORDER

**IT IS SO ORDERED.**

DATED: 7/7/2022, 2022

_____
UNITED STATES MAGISTRATE JUDGE



2

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the __6th__ of July, 2022, she caused a copy of **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, ET SEQ. [FIRST REQUEST]** to be served electronically to all parties of interest through the Court's *CM/ECF system* as follows:

David Krieger, Esq.
Shawn Miller, Esq
**KRIEGER LAW GROUP, LLC**
5502 S. Ft. Apache, Suite 200
Las Vegas, NV 89148
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff Ronda Shelton*

                                                                   */s/: Dianne Kelling*
                                                                   An Employee of Dickinson Wright PLLC

