**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONDA SHELTON,<br><br>   Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS,<br><br>   Defendants. | Case No. 2:22-CV-01002-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, ET SEQ.**<br><br>**[SECOND REQUEST]** |

   Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Ronda Shelton ("Plaintiff"), by and through her attorneys, Kreiger Law Group, LLC, stipulate and agree as follows:

   1.   Plaintiff filed her Complaint for Damages under FCRA, 15 U.S.C. § 1681 on June 24, 2022, [ECF 1], (the "Complaint").

   2.   Plaintiff served Cox on June 30, 2022.

…

…

3. Pursuant to the Stipulation and Order approved by the Court on July 7, 2022, [ECF8], Cox's deadline to respond, move or otherwise pleads to the Complaint was extended to August 22, 2022.

4. Plaintiff and Defendant have agreed that Cox shall have up to an including September 30, 2022, to respond, move or otherwise pleads to the Complaint.

5. This second request for an extension is so that Cox can continue reviewing its records pertaining to the allegations in the Complaint.

6. This is the second stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: August 17th, 2022.                               Dated: August 17th, 2022.

**KREIGER LAW GROUP LLC**                               **DICKINSON WRIGHT PLLC**

/s/: Shawn Miller                                       /s/: Michael N. Feder
DAVID KREIGER, ESQ.                                     MICHAEL N. FEDER
Nevada Bar No. 9086                                     Nevada Bar No. 7332
SHAWN MILLER, ESQ.                                      GABRIEL A. BLUMBERG
Nevada Bar No. 7825                                     Nevada Bar No. 12332
5502 S. Fort Apache, Suite 200                          3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89148                                     Las Vegas, Nevada 89169
Tel: (702) 848-3855                                     Tel: (702) 550-4400
Email: dkreiger@kriegerlawgroup.com                     Fax: (844) 670-6009
Email: smiller@kriegerlawgroup.com                      Email: mfeder@dickinson-wright.com
                                                        Email: gblumberg@dickinson-wright.com
*Attorneys for Plaintiff Ronda Shelton*
                                                        *Attorneys for Defendant*
                                                        *Cox Communications*

**ORDER**

IT IS SO ORDERED.

DATED: August 18, 2022                                  _____
                                                        UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 17th of August, 2022, she caused a copy of **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, ET SEQ. [SECOND REQUEST]** to be served electronically to all parties of interest through the Court's *CM/ECF system* as follows:

David Krieger, Esq.
Shawn Miller, Esq
**KRIEGER LAW GROUP, LLC**
5502 S. Ft. Apache, Suite 200
Las Vegas, NV 89148
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff Ronda Shelton*

Gia N. Marina, Esq.
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, NV 89169
Email: gmarina@clarkhill.com

*Attorneys for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

/s/: Dianne Kelling
An Employee of Dickinson Wright PLLC

