GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RONDA SHELTON,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; COX COMMUNICATIONS,<br><br>Defendants. | Case No. 2:22-cv-01002-RFB-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from August 22, 2022 through and including **September 21, 2022**.  The request was made by NCTUE so that the parties may have

/ /

/ /

/ /

additional time to engage in settlement discussion, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 18TH day of August, 2022.

| | |
|---|---|
| CLARK HILL PLLC | **<u>No opposition</u>** |
| By: /s/*Gia N. Marina* | /s/David H. Krieger |
| Gia N, Marina | David H. Krieger |
| Nevada Bar No. 15276 | Nevada Bar No. 9086 |
| 3800 Howard Hughes Pkwy, Suite 500 | Shawn Miller, Esq. |
| | Nevada Bar No. 7825 |
| Las Vegas, NV 89169 | KRIEGER LAW GROUP, LLC |
| Tel: (702) 862-8300 | 2850 W. Horizon Ridge Blvd., Suite 200 |
| Fax: (702) 862-8400 | Henderson, NV 89052 |
| Email: gmarina@clarkhill.com | Phone: (702) 848-3855 |
| | Fax: (702) 385-5518 |
| *Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | Email: dkrieger@kriegerlawgroup.com |
| | Email: smiller@kriegerlawgroup.com |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: August 22, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 18TH day of August, 2022, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com