DICKINSON WRIGHT PLLC
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONDA SHELTON, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS, <br><br> Defendants. | Case No. 2:22-CV-01002-RFB-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, ET SEQ.** <br><br> **[THIRD REQUEST]** |

Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Ronda Shelton ("Plaintiff"), by and through her attorneys, Krieger Law Group, LLC, stipulate and agree as follows:

1. Plaintiff filed her Complaint for Damages under FCRA, 15 U.S.C. § 1681 on June 24, 2022, [ECF 1], (the "Complaint").

2. Plaintiff served Cox on June 30, 2022.

…

…

1

3. Pursuant to the Stipulation and Order approved by the Court on July 7, 2022, [ECF 8], Cox's deadline to respond, move or otherwise pleads to the Complaint was extended to August 22, 2022.

4. Pursuant to the Stipulation and Order approved by the Court on August 18, 2022, [ECF 12], Cox's deadline to respond, move or otherwise plead to the Complaint was extended to September 30, 2022.

5. Plaintiff and Defendant have agreed that Cox shall have up to and including October 14, 2022, to respond, move or otherwise plead to the Complaint to provide Cox with additional time to continue its investigation and review the records pertaining to the allegations in the Complaint.

6. This third stipulation between Plaintiff and Cox to extend time for Cox to respond, move or otherwise plead to the Complaint and is not being entered into for purposes of any delay.

Dated: September 27th, 2022.

**KRIEGER LAW GROUP LLC**

/s/:Shawn Miller
DAVID KRIEGER, ESQ.
Nevada Bar No. 9086
SHAWN MILLER, ESQ.
Nevada Bar No. 7825
5502 S. Fort Apache, Suite 200
Las Vegas, NV 89148
Tel: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff Ronda Shelton*

Dated: September 27th, 2022.

**DICKINSON WRIGHT PLLC**

/s/: Michael N. Feder
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant
Cox Communications*

**ORDER**

**IT IS SO ORDERED.**

DATED: September 30, 2022

_____
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 27th of September, 2022, she caused a copy of the **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, ET SEQ. [THIRD REQUEST]** to be served electronically to all parties of interest through the Court's *CM/ECF system* as follows:

David Krieger, Esq.
Shawn Miller, Esq
**KRIEGER LAW GROUP, LLC**
5502 S. Ft. Apache, Suite 200
Las Vegas, NV 89148
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff Ronda Shelton*

Gia N. Marina, Esq.
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, NV 89169
Email: gmarina@clarkhill.com

*Attorneys for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

/s/: Dianne Kelling
An Employee of Dickinson Wright PLLC

