Matthew Knepper, Esq.
Trustee of Krieger Law Group, LLC
Nevada Bar No. 12796
Shawn W. Miller, Esq.
Nevada Bar No.  7825
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Ronda Shelton*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONDA SHELTON,<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM UTILITIES & EXCHANGE, INC.; COX COMMUNICATIONS,<br><br>Defendant(s). | Case No.: 2:22-cv-01002-RFB-BNW<br><br>**ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST NATIONAL CONSUMER TELECOM UTILITIES & EXCHANGE, INC.** |

IT IS HEREBY STIPULATED by and between Ronda Shelton ("Plaintiff") and Defendant National Consumer Telecom Utilities & Exchange, Inc. ("NCTUE"), collectively the "Parties," by and through their counsel of record, that Plaintiff's claims and causes of action against NCTUE are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on August 4, 2023.

| | |
|---|---|
| */s/ Shawn W. Miller* | */s/ Gia N. Marina* |
| Shawn W. Miller, Esq. | Gia N. Marina, Esq. |
| KRIEGER LAW GROUP, LLC | CLARK HILL |
| 5502 S. Fort Apache Road, Suite 200 | 1700 S. Pavilion Center Drive, Suite 500 |
| Las Vegas, Nevada 89148 | Las Vegas, NV 89135 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| **Ronda Shelton** | **National Consumer Telecom Utilities & Exchange, Inc.** |

**ORDER**

IT IS SO ORDERED.



_____
UNITED STATES DISTRICT JUDGE

DATED: August 8, 2023